BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No.: 1699 |
| This document relates to: | Civil Action No. 3:06-CV-7326 |
| MABEL KUJAWA,     Plaintiff, vs. | STIPULATION FOR DISMISSAL |
| MERCK & CO., INC., PFIZER, INC., PHARMACIA CORPORATION, a wholly-owned subsidiary of PFIZER, INC., and PHARMACIA & UPJOHN COMPANY, LLC, a wholly-owned subsidiary of PHARMACIA CORPORATION,     Defendants. | |

## STIPULATION

IT IS HEREBY STIPULATED by and between the Plaintiff, MABEL KUJAWA, and Defendants, PFIZER, INC., PHARMACIA CORPORATION, a wholly-owned subsidiary of PFIZER, INC., and PHARMACIA & UPJOHN COMPANY, LLC, a wholly-owned subsidiary of PHARMACIA CORPORATION, by and through their undersigned attorneys that all claims

by Plaintiff are dismissed without prejudice in the above-styled action against all Defendants with each of the parties to bear their own fees and expenses.

IT IS SO STIPULATED.

Dated this 30th day of December, 2006.

By: _____
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
bfulmer@tampatriallawyers.com
Attorneys for Plaintiff

Dated this 18 day of December, 2006.

By: _____
EDWARD W. GERECKE, Esquire
Florida Bar No. 0328332
CARLTON, FIELDS, et al.
Post Office Box 3239
Tampa, FL 33601-3239
Attorneys for Defendants *Pfizer, Inc., Pharmacia Corporation, and Pharmacia & Upjohn Company, LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated   January 3, 2007   , 2006.

_____
HON. CHARLES R. BREYER
Judge, United States District Court
Northern District of California



IT IS SO ORDERED
Judge Charles R. Breyer

2